IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | |
| | : | Case No.: 20-13076 |
| Keith B Kratzke | : | Chapter 13 |
| Janet C Kratzke | : | Judge Eric L. Frank |
| | : | * * * * * * * * * * * * * * * * |
| Debtor(s) | : | |
| | : | |
| Wells Fargo Bank, N.A. | : | |
| Movant, | : | Related Document # 40 |
| vs | : | |
| | : | |
| Keith B Kratzke | : | |
| Janet C Kratzke | : | |
| | : | |
| William C. Miller, Esq. | : | |
| Respondents. | | |

## STIPULATION TO SETTLE OBJECTION TO CONFIRMATION OF AMENDED PLAN (DOCKET # 40)

This matter having come before the Court on the Objection to Confirmation of Amended Plan which was filed in this court by Wells Fargo Bank, N.A., ("Creditor") and it appearing to the Court that the parties have agreed to a course of action to resolve the objection. Parties stipulate to the following and request a Court order confirming same.

1. Creditor's Proof of Claim filed August 13, 2020 as claim number 6-1 shall be paid in full over the next fifteen (15) years at 0.00 % interest rate.

2. Payments will start 30 days after confirmation with a monthly payment of $545.48.

3. The debt at issue shall not be subject to discharge and shall be treated as long term debt that will survive the bankruptcy discharge.

4. Movant's Objection to Confirmation is hereby withdrawn.

20-019625_SCS2

1

Submitted by:

/s/ Sarah E. Barngrover

Sarah E. Barngrover (323972)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH 43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Email: sebarngrover@manleydeas.com
Attorney for Creditor

Brad J. Sadek
Sadek and Cooper
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
Telephone: 215-545-0008
Fax: 215-545-0611
Email: brad@sadeklaw.com
Attorney for Debtor

/s/ LeRoy W. Etheridge, Esquire
William C. Miller, Esq.
P.O. Box 1229
Philadelphia, PA 19105
Telephone: 215-627-1377
Email: ecfemails@ph13trustee.com

No objection to its terms, without prejudice to any of our rights and remedies