**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | **Case No.: 20-13076** |
| **Keith B Kratzke** | : | **Chapter 13** |
| **Janet C Kratzke** | : | **Judge Eric L. Frank** |
| | : | * * * * * * * * * * * * * * * * * * |
| **Debtor(s)** | | |
| | : | |
| **Wells Fargo Bank, N.A.** | : | |
| **Movant,** | : | **Related Document # 40** |
| vs | : | |
| | : | |
| **Keith B Kratzke** | : | |
| **Janet C Kratzke** | : | |
| | : | |
| **William C. Miller, Esq.** | : | |
| **Respondents.** | | |

## ORDER OF COURT

AND NOW, to wit, this  30th   day of          March         , 2021, upon consideration of the foregoing Stipulation for Settlement of Creditor's Objection to Confirmation of Amended Plan, it is hereby **ORDERED** that the Stipulation is **APPROVED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

3

William C. Miller, Esq., Chapter 13 Trustee, P.O. Box 1229, Philadelphia, PA  19105 (notified by ecf)

Brad J. Sadek, Attorney for Debtor, Sadek and Cooper, 1315 Walnut Street, Suite 502, Philadelphia, PA  19107 (notified by ecf)

Keith B KratzkeJanet C Kratzke, Debtor, 379 Pine Run Road, Doylestown, PA  18901 (notified by regular US Mail)

Keith B Kratzke and Janet C Kratzke, Debtor, 379 Pine Run Rd, Doylestown, PA  18901 (notified by regular US Mail)

Pennsylvania Department of Revenue, Party of Interest, 110 N 8th St STE 204, Philadelphia, PA  19107 (notified by regular US Mail)

Pennymac Loan Services, Party of Interest, Attn: Bankruptcy, P.O. Box 514357, Los Angeles, CA  90051 (notified by regular US Mail)