**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | : |
|    Keith B. Kratzke | :  Chapter 13 |
|    Janet C. Kratzke | : |
| | : |
|    Debtor (s) | :  Case No.: 20-13076 - ELF |

**O R D E R**

AND NOW, this <u>13th</u> day of <u>December</u>, 2021, it is hereby ORDERED a that the Debtor's Motion to Incur Additional Debt is **GRANTED** and that the Debtor may enter into the reverse mortgage transaction as stated in the Motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**