# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| Keith B. Kratzke | : | Chapter 13 |
| Janet C. Kratzke | : | Case No.: 20-13076-ELF |
| Debtor(s) | : | |

## ORDER GRANTING DEBTORS' REQUEST FOR AN EXPEDITED HEARING

AND NOW, this _____ day of _____, 2022, upon consideration of the Debtors' Motion for an Expedited Hearing to Sell the Property, it is hereby:

ORDERED and DECREED that a hearing will take place on:

Date: _____

Time: _____

Debtors Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee

FURTHER ORDERED:

DATE: _____

_____
HONORABLE ERIC L. FRANK
U.S. BANKRUPTCY JUDGE