## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | KEITH B. KRATZKE | : | Chapter 13 |
| | JANET C. KRATZKE, | : | |
| | | : | |
| | Debtors | : | Bky. No.  20-13076 ELF |

# O R D E R

**AND NOW**, upon consideration of the Debtors' Motion for Leave to Sell Property Free and Clear of All Liens, Interest and Encumbrances ("the Motion") (Doc. # 73), and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A **telephonic hearing** to consider the Motion is scheduled on **October 4, 2022, at 1:00 p.m.**[1]


3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, the individual Respondent(s) (if any), all secured creditors and all priority creditors by regular mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on September 23, 2022**.  Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant  shall file a Certification of Service as required by Local Rule 9014-4.


Date: September 23, 2022

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**

---

[1]     Instructions for appearing by telephone may be found on the court's website at: https://www.paeb.uscourts.gov/file/conference-call-numbers.