**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | |
|    Keith B. Kratzke | : | Chapter 13 |
|    Janet C. Kratzke | : | Case No.: 20-13076-ELF |
|    Debtor(s) | : | |

**CERTIFICATE OF SERVICE**

    I, Brad J. Sadek, Esq., certify that on September 23, 2022 a true and correct copy of the Debtors' Expedited Motion to Sell Property and Notice of Motion was served by electronic delivery or Regular US Mail to the Debtor, the Trustee, all secured, priority and affected creditors per the address provided on their Proof of Claims and on the following parties:

**Kenneth E. West, Trustee**
Chapter 13 Trustee
Electronic Mail

| **Mitchell Diodato Jr and Julie Thomas**<br>Buyers (Unrepresented)<br>Regular mail to 1 Fairview Avenue Perkasie, PA 18944 | **Diane Bukta**<br>Agents on behalf of Sellers (Debtors); Weidel Real Estate - Doylestown<br>Electronic service to dbukta@weidel.com |
|---|---|
| **Adam B. Hall, Esq.**<br>Counsel on behalf of Mortgagee, *Wells Fargo Bank, N.A.*<br>Electronic service to *amps@manleydeas.com* | **Angela C. Pattison, Esq.**<br>Counsel on behalf of Mortgagee, *Wilmington Trust, N.A.*<br>Electronic Service to *apattison@hillwallack.com* |
| **Charles W. Scharf**<br>Chief Executive Officer, *Wells Fargo Bank, N.A.*<br>Regular mail to 1 Montgomery St 2nd Fl, San Francisco, CA 94104 | **Tony Roth**<br>Chief Investment Officer, *Wilmington Trust*<br>Regular mail to 1100 N. Market Street Wilmington, DE 19890 |

Dated: September 23, 2022

/s/ Brad J. Sadek
Brad J. Sadek, Esq.
Attorney for the Debtor
Sadek Law Offices, LLC
1315 Walnut Street, Suite 502
Philadelphia, PA 19107
215-545-0008