Affinity Land Services, LLC II
1094 Second Street Pike
Suite 112
Richboro, PA 18954
(215) 579-8802

ALTA Combined Settlement Statement

| File #: | 2A-22-PA-5371 | Property | 379 Pine Run Road | Settlement Date | 10/12/2022 |
| Prepared: | 10/03/2022 | | Doylestown, PA 18901 | Disbursement Date | 10/12/2022 |
| Escrow/Accounting: Rachel Malcolm | | Buyer | Mitchell Diodato, Jr and Julie Thomas | | |
| | | Seller | Keith B. Kratzke and Janet C. Kratzke | | |
| | | Lender | EMM Loans LLC | | |
| | | | 1950 Route 70 East | | |
| | | | Suite 300 | | |
| | | | Cherry Hill, NJ 08003 | | |

| Seller | | | Buyer | |
| Debit | Credit | | Debit | Credit |
|---|---|---|---|---|
| | | **Primary Charges & Credits** | | |
| | $684,000.00 | Sales Price of Property | $684,000.00 | |
| | | Deposit | | $20,000.00 |
| | | Loan Amount | | $547,200.00 |
| | | | | |
| | | **Prorations/Adjustments** | | |
| | $381.40 | City/Town Taxes 10/12/2022 to 12/31/2022 | $381.40 | |
| | $3,839.31 | School Taxes 10/12/2022 to 06/30/2023 | $3,839.31 | |
| | | | | |
| | | **Loan Charges** | | |
| $70.00 | | Sat Release Services to DS Recording Services | | |
| | | | | |
| | | **Payoffs/Payments** | | |
| $235,000.00 | | Payoff to Wilmington Trust, NA as Trustee for MFRA | | |
| $100,000.00 | | Payoff to Wachovia Bank, NA | | |
| | | | | |
| | | **Government Recording and Transfer Charges** | | |
| | | Recording Fees | $310.00 | |
| | | ---Deed: $105.00 | | |
| | | ---Mortgage: $205.00 | | |
| $3,420.00 | | Transfer Tax (City Deed Taxes) to Bucks County Recording Office | $3,420.00 | |
| $3,420.00 | | Transfer Tax (State Deed Taxes) to Bucks County Recording Office | $3,420.00 | |
| | | | | |
| | | **Commissions** | | |
| $17,100.00 | | Listing Agent Commission to Weidel Real Estate Doylestown | | |
| | | | | |
| | | **Title Charges** | | |
| $30.00 | | Title - Courier Fee to FedEx | | |
| | | Title - CPL (Lender) to Commonwealth Land Title Insurance Company | $125.00 | |
| $75.00 | | Title - Deed Prep Fee to Deedsearchers, LLC | | |
| | | Title - Lender's TIRBOP - PA 100 Endorsement to Commonwealth Land Title Insurance Company | $100.00 | |
| | | Title - Lender's TIRBOP - PA 300 Endorsement to Commonwealth Land Title Insurance Company | $100.00 | |
| | | Title - Lender's TIRBOP - PA 900 Endorsement to Commonwealth Land Title Insurance Company | $100.00 | |
| $35.00 | | Title - Notary Fee to Clerk | | |
| | | Title - Owner's Title Policy to Commonwealth Land Title Insurance Company | $4,144.04 | |

| Seller | | | Buyer | |
| Debit | Credit | | Debit | Credit |
| | | **Miscellaneous Charges** | | |
| $500.00 | | Final W/S to ESCROW ($0.00 POC by Borrower) | | |
| $6,000.00 | | Judgment 2013-71931 to NEED PAYOFF- ESCROW | | |
| $2,500.00 | | Judgment 2014-73003 to NEED PAYOFF - ESCROW | | |
| $1,500.00 | | Judgment 2016-70421 to NEED PAYOFF - ESCROW | | |
| $4,745.00 | | Reimbursement to DIANE BUKTA | | |
| $45.00 | | Tax Cert Reimbursement to Weidel Real Estate Doylestown | | |

| Seller | | | Buyer | |
| Debit | Credit | | Debit | Credit |
| $374,440.00 | $688,220.71 | **Subtotals** | $699,939.75 | $567,200.00 |
| | | Due from Buyer | | $132,739.75 |
| $313,780.71 | | Due to Seller | | |
| $688,220.71 | $688,220.71 | **Totals** | $699,939.75 | $699,939.75 |

**See signature addendum**

**Acknowledgement**

We/I have carefully reviewed the Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the Settlement Statement.

We/I authorize Affinity Land Services, LLC II to cause the funds to be disbursed in accordance with this statement.

_____    Date    _____    Date
Mitchell Diodato, Jr                                          Keith B. Kratzke

_____    Date    _____    Date
Julie Thomas                                                  Janet C. Kratzke

_____    Date
Settlement Agent